UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA TURPEN, a single person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, by and through the WASHINGTON STATE PATROL; ERICA GRAHAM, individually; and TRAVIS MAETHESON, individually,<br><br>Defendants. | No. 2:15-cv-00289-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion to Dismiss Disability Discrimination, Fourth Amendment Violations, and Fourteenth Amendment Violations Claims and Remand to State Court, ECF No. 21. Pursuant to Fed. R. Civ. P. 41(a)(2) the parties jointly agree to the dismissal with prejudice of Plaintiff's discrimination claims under 42 U.S.C. § 12101 and of constitutional claims under 42 U.S.C. § 1983. These dismissals deprive the Court of jurisdiction, and thus Plaintiff's remaining claims under Washington statute and common law will be remanded to Spokane County Superior Court.

//

//

//

**ORDER DISMISSING CASE ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss Disability Discrimination, Fourth Amendment Violations, and Fourteenth Amendment Violations Claims and Remand to State Court, ECF No. 21, is **GRANTED** and **ENTERED** into the record.

2. Plaintiff's federal causes of action for (1) discrimination under 42 U.S.C. § 12101; (2) violations of property interests under the Fourth and Fourteenth Amendment pursuant to 42 U.S.C. § 1983; and (3) violations of liberty interests under the Fourteenth Amendment pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

3. Because this Court no longer possesses jurisdiction, Plaintiff's civil action, which alleging claims for discrimination under RCW 49.60 and common law claims for wrongful discharge in violation of public policy; hostile work environment; infliction of emotional distress; outrage; and vicarious liability, is hereby **REMANDED** to Spokane County Superior Court under Cause No. 15-2-04042-6.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, **CLOSE** the file, and **REMAND** the case to Spokane County Superior Court.

**DATED** this 19th day of June, 2017.

Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE ^ 2**